| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 02/19/2020 |

**BRAVERMAN LAW PC**
450 Seventh Avenue, Suite 1308
New York, New York 10123
T. (212) 206-8166
F. (646) 452-3828

February 19, 2020

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   *Re:* Jun v. Central Park West Studio, PLLC, et al. 19-cv-11716 (LGS);
      Request to order mediation and to adjourn initial conference

Dear Judge Schofield:

  I represent plaintiff Eunice Jun in the above-referenced case. I am writing to request an adjournment of the initial pretrial conference scheduled for February 27, 2020. This is the first request for an adjournment of the initial conference.

  Service is not yet complete on the defendants, though it is in process. Pursuant to the Court's order dated January 10, 2020 (ECF #4), I have sent the initial conference order to the defendants. In addition, I have spoken with a representative of the two corporate defendants. Based on my discussions with him, I think it would be fruitful, and save judicial resources, to have a court-ordered mediation prior to attending the initial conference.

  Accordingly, I respectfully request that the Court order a mediation in this matter and adjourn the initial conference *sine die* pending the outcome of the mediation. Should the Court decline, then I request that the conference currently scheduled for February 27, 2020 be adjourned until March 26, 2020 at which point service will be complete.

  Thank you for your consideration.

              Very truly yours,

              _____/s/_____
              Adam Braverman

Application GRANTED IN PART. The initial pretrial conference, scheduled for February 27, 2020, is ADJOURNED to March 26, 2020, at 10:40 a.m.

An order referring the case to mediation will issue separately.

Plaintiff shall serve this order on Defendants, and file proof of such service, by February 26, 2020.

Dated: February 19, 2020
   New York, New York

           LORNA G. SCHOFIELD
           UNITED STATES DISTRICT JUDGE