UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EUNICE JUN,
                            Plaintiff,

           -against-

CENTRAL PARK WEST DENTAL STUDIO,
PLLC, et al.,
                           Defendants.
------------------------------------------------------------X

19 Civ. 11716 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference is scheduled for March 26, 2020, at 10:40 a.m. (Dkt. No. 9);

    WHEREAS, the Order dated January 10, 2020 (Dkt. No. 4), required the parties to file a proposed case management plan and joint letter by March 19, 2020;

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.

    WHEREAS, Defendants have not yet appeared in this case;

    WHEREAS, no proof of service of Plaintiff's Complaint has been filed on the docket, but Plaintiff filed affidavits of service on Defendants of this Court's Order adjourning the initial pretrial conference (Dkt. No. 10) on February 26, 2020 (Dkt. Nos. 1, 12 & 13). Plaintiff also represented in a letter to Court that she was in touch by telephone with the two corporate defendants (Dkt. No. 8), and a telephonic mediation conference was held on March 16, 2020. It is hereby

    **ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **March 23, 2020**, at **noon**.

Dated: March 20, 2020
       New York, New York

                                                 LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/20/2020