UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                       :
EUNICE JUN,                                    :
                                 Plaintiff,     :
                                             :           19 Civ. 11716 (LGS)
                 -against-                 :
                                             :                ORDER
CENTRAL PARK WEST DENTAL STUDIO,  :
PLLC, et al.,                                   :
                               Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on May 8, 2020, the Court granted Plaintiff's request to allow his counsel until May 28, 2020 to present the settlement agreement and motion for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) (Dkt. No. 25);

       WHEREAS, no such motion has been filed. It is hereby

       **ORDERED** that, by **June 4, 2020**, Plaintiff shall file any such settlement agreement and motion for approval pursuant to *Cheeks*, or a letter explaining why he has not done so.

Dated: June 1, 2020
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**