UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                     :
EUNICE JUN,                                          :
                                Plaintiff,           :
                                                     :           19 Civ. 11716 (LGS)
                   -against-                          :
                                                     :                ORDER
CENTRAL PARK WEST DENTAL STUDIO,                     :
PLLC, et al.,                                         :
                                Defendants.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

         WHEREAS, on June 18, 2020, Plaintiff filed a letter motion for approval of a proposed

settlement.  It is hereby

         **ORDERED** that the settlement agreement is **APPROVED** as fair and reasonable based

on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional

litigation.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015);

*Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining the factors

that district courts have used to determine whether a proposed settlement is fair and reasonable).

It is further

         **ORDERED** that Plaintiff's counsel's request for $1,500.00 as reasonable attorneys' fees

is **GRANTED**.  The remainder of the settlement shall be distributed to Plaintiff.  It is further

         **ORDERED** that this action is dismissed without costs and without prejudice to restoring

the action to the Court's calendar, provided the application to restore the action is made within

thirty (30) days of this Order.  Any application to reopen filed after thirty (30) days from the date

of this Order may be denied solely on that basis.  Any pending motions are DISMISSED as moot,

and all conferences and deadlines are CANCELED.

Dated: June 24, 2020
        New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE